```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JUAN JOSE MANCILLA
7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-464 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date: January 29, 2010 |
|  | ) Time: 9:00 a.m. |
| JUAN JOSE MANCILLA, | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY STIPULATED by the parties, through counsel, Kyle Reardon, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Mancilla, that the Court should vacate the status conference scheduled for January 29, 2010, at 9:00 a.m., and reset it for February 26, 2010, at 9:00 a.m.

    Counsel requires the continuance in order to review discovery, and a plea offer, from the government with Mr. Mancilla.

    It is further stipulated by the parties that the Court should exclude the period from the date of this order through February 26, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

STIPULATION AND [PROPOSED ORDER]    1    09-464 GEB

1  Act.  The parties stipulate that the ends of justice served by granting
2  Mr. Mancilla's request for a continuance outweigh the best interest of
3  the public and Mr. Mancilla in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

6  Dated: January 28, 2010            Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorneys for Defendant

12 Dated: January 28, 2010            BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M.Petrik for Kyle Reardon
                                      _____
                                      KYLE REARDON
                                      Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on February 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  January 29, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND [PROPOSED ORDER]            2                    09-464 GEB