DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUAN JOSE MANCILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 09-464 GEB |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE TO |
| v.   ) | MARCH 19, 2010 |
| ) | |
| JUAN JOSE MANCILLA,   ) | Date:  February 26, 2010 |
| ) | Time:  9:00 a.m. |
| Defendant.   ) | Judge: Hon. Garland E. Burrell |
| _____ ) | |

   IT IS HEREBY STIPULATED by the parties, through counsel, Kyle Reardon, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Mancilla, that the Court should vacate the status conference scheduled for February 26, 2010, at 9:00 a.m., and reset it for March 19, 2010, at 9:00 a.m.

   Counsel requires the continuance in order to review discovery, and a plea offer, from the government with Mr. Mancilla.

   It is further stipulated by the parties that the Court should exclude the period from the date of this order through March 19, 2010,

STIPULATION AND [PROPOSED ORDER]          1                              09-464 GEB

when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Mancilla's request for a continuance outweigh the best interest of the public and Mr. Mancilla in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: February 25, 2010          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M. Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

Dated: February 25, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M. Petrik for Kyle Reardon
                                  _____
                                  KYLE REARDON
                                  Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on March 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: February 25, 2010

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge