```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) CR. 2:09-CR-00464 |
| Plaintiff, ) | ) |
| ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING JUDGMENT |
| v. ) | AND SENTENCING |
| ) | |
| JUAN JOSE MANCILLA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Michael Petrik, Counsel for defendant Juan Jose Mancilla, that the judgment and sentencing currently set for Friday, December 10, 2010, be vacated and continued to Friday, December 17, 2010 at 10:00 a.m.

///

///

///

///

The reason for this request is that the Assistant United States

Stipulation and Order Continuing Judgment and Sentencing
1

Attorney will be unavailable on December 10, 2010.

DATED: December 9, 2010          By: /s/ Kyle F. Reardon
                                     KYLE F. REARDON
                                     Assistant U.S. Attorney

DATED: December 9, 2010          By: /s/ Kyle F. Reardon for
                                     MICHAEL PETRIK
                                     Attorney for Defendant
                                     JUAN JOSE MANCILLA

**ORDER**

**APPROVED AND SO ORDERED:**

Dated:  December 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order
Continuing Judgment and
Sentencing